UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:08cr168-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DOMINGO BETANCOURT-NUNEZ(1), )<br>)<br>Defendant ) | ORDER |

This **MATTER** is before the Court on its own motion to administratively close the case as to following defendant **DOMINGO BETANCOURT-NUNEZ** . The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ordered that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 27, 2011

Frank D. Whitney
United States District Judge