IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08CR168-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER TO DISMISS INDICTMENT** |
| v. | ) | |
| | ) | |
| DOMINGO BETANCOURT-NUNEZ | ) | |

**THIS MATTER** is before the Court on the United States' motion for leave to dismiss the Indictment. (Doc. No. 4.) For good cause shown, the Court **GRANTS** the United States leave to dismiss without prejudice of the Bill of Indictment in the above-captioned case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

**IT IS SO ORDERED**.

Signed: June 24, 2024

Frank D. Whitney
United States District Judge